IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION NO. 06-377-5 |
| v. | : | |
| | : | CIVIL ACTION NO. 14-0467 |
| AKINTUNDE CRAWFORD | : | |

**O R D E R**

**AND NOW**, on this   16th   day of September, 2015, upon consideration of Petitioner Akintunde Crawford's *pro se* Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (ECF No. 574), and all documents submitted in support thereof and in opposition therein, it is **ORDERED** as follows:

A. Petitioner's Habeas Corpus Motion under 28 U.S.C. § 2255 is **DENIED**.

B. No Certificate of Appealability shall issue.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**